UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> *Plaintiff*,<br><br>v.<br><br>THE CONTENTS OF BANK OF AMERICA ACCOUNT ENDING IN -9857, HELD IN THE NAME OF MAZIV ENTERTAINMENT LLC,<br> *Defendant*. | No. 3:21-mc-65 (SALM)<br><br><br><br><br><br><br>November 1, 2021 |

## MOTION TO UNSEAL

The United States of America respectfully requests that this case and the accompanying documents be unsealed. There is no longer any need for sealing in this matter as the target is aware of the investigation.

              Respectfully submitted,

              LEONARD C BOYLE
              ACTING UNITED STATES ATTORNEY

               /S/ David C. Nelson
              DAVID C. NELSON
              ASSISTANT U.S. ATTORNEY
              157 CHURCH STREET
              NEW HAVEN, CT  06510
              (203) 821-3700
              FEDERAL BAR # ct25640
              David.C.Nelson@usdoj.gov